**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY A. KLYCE, et al.,                                    No. C11-2248 EMC

        Plaintiffs,

    v.

DOES 1-10,

        Defendants.

_____/

**NOTICE OF IMPENDING REASSIGNMENT TO
A UNITED STATES DISTRICT COURT JUDGE**

       The Clerk of this Court will now randomly reassign this case to a United States District

Judge because either:

       (x )    One or more of the parties has requested reassignment to a United States District

Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

       ( )    One or more of the parties has sought a type of judicial action (e.g., a temporary

restraining order) that a United States Magistrate Judge may not take without the consent of all

parties, the necessary consents have not been secured, and time is of the essence.

       Any matters presently set before Magistrate Judge Chen, will be taken off calendar and

counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new

date.

Dated:  May 13, 2011               Richard W. Wieking, Clerk
                              United States District Court

*Betty Lee*

_____
By: Betty Lee, Deputy Clerk