1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| HENRY A. KLYCE and CAROLE M. KLYCE, | CASE NO. 11 CV 02248 WHA |
| Plaintiffs, | |
| v. | ~~[PROPOSED]~~ ORDER RE SUBMISSION OF SUBPOENAS TO INTERNET SERVICE PROVIDERS YAHOO! INC. AND AMERICA ON-LINE |
| DOES 1-10, | |
| Defendants. | |

Upon the application of Plaintiffs Henry and Carole Klyce ("Plaintiffs") for an Order authorizing the issuance of subpoenas to Internet Service Providers ("ISP's") for documents pertaining to their accounts at Yahoo! Inc. and AOL, and good cause appearing,

IT IS HEREBY ORDERED as follows:

1. Plaintiffs may serve a subpoena, pursuant to F.R.Civ.P. 45, on Yahoo!, Inc. ("Yahoo") for documents disclosing or relating to the following information:

_____
Order re Subpoenas to ISP's
Case No. 11 CV 02248 WHA

a) The identity of each person or entity logging in to Plaintiff Carole Klyce' email account(s) at Yahoo! during the past 30 months (to the extent currently available), including without exception all documents disclosing any of the following information:

1. the date of each log-in;

2. The IP address of the person or entity logging in;

3. The email address of the person or entity logging in;

4. the name, address, and/or telephone number of the person or entity logging in.

b) the identity of each person or entity who i) created or established the klycehenry@Yahoo.com account, or ii) logged in to the klycehenry@Yahoo.com account, during the past 30 months (to the extent currently available), including without exception documents disclosing any of the following information:

1. the date of each log-in;

2. The IP address of the person or entity logging in;

3. The email address of the person or entity logging in;

4. the name, address, and/or telephone number of the person or entity logging in.

c) the account security information for Carol Klyce' email account for the past two years.

The return date for said subpoena shall be 14 days from the date of issuance, and the subpoena

_____
 Order re Subpoenas to ISP's
Case No. 11 CV 02248 WHA

2

1  shall be promptly served.

2      2.   Plaintiffs may serve a subpoena, pursuant to F.R.Civ.P. 45, on America On-Line ("AOL") for documents disclosing or relating to the following information:

    a) The identity of each person or entity logging in to Plaintiff Henry Klyce' email account(s) at Yahoo! during the past 30 months (to the extent currently available) including without exception, for each such log-in, all documents disclosing any of the following information:

        1. the date of each log-in;

        2. The IP address of the person or entity logging in;

        3. The email address of the person or entity logging in;

        4. the name, address, and/or telephone number of the person or entity logging in.

    b) the account security information for Henry Klyce' for the past two years.

The return date for said subpoena shall be 14 days from the date of issuance, and the subpoena shall be promptly served.

    3. Within ten calendar days of service of the foregoing subpoenas, Yahoo! or AOL, respectively, may contest the subpoena served upon them by filing a motion to quash in this Court, but all responsive documents shall be identified and preserved pending resolution of the motion to quash.

    4. Within seven calendar days of service of the foregoing subpoenas upon them, Yahoo! and AOL, respectively, shall notify each of the persons or entities who are their own subscribers and whose identifying information is responsive to the subpoena that their

---
Order re Subpoenas to ISP's
Case No. 11 CV 02248 WHA

1  identities are being sought by Plaintiffs.

2      5. Each subscriber so notified may, within ten calendar days of the date of notification,
3  file documents in this Court contesting the subpoena, and if such subscriber does so and timely
4  serves a copy on his ISP, the documents sought shall be collected and preserved by the ISP, but
5  
6  production of the responsive documents by the ISP shall be suspended until ten days after
7  notice by the Plaintiffs of resolution of the dispute.

8      6. A copy of this Order shall be served on AOL and Yahoo!, respectively at the time of
9  service of the foregoing subpoenas on them.

10 Dated: __May 24_____, 2011



_____
Order re Subpoenas to ISP's
Case No. 11 CV 02248 WHA

4