TRIAL & TECHNOLOGY LAW GROUP
A PROFESSIONAL CORPORATION
ROBERT A. SPANNER SBN 60308
3723 HAVEN AVENUE, SUITE 132
MENLO PARK, CA 94025
PHONE:/(650) 324-2277
FAX: (650) 324-0178
email - ras@techtriallaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| HENRY A. KLYCE and CAROLE M. KLYCE,<br><br>Plaintiffs,<br>v.<br><br>DOES 1-10,<br><br>Defendants.<br>_____/ | CASE NO.  11 CV 02248 WHA<br><br>**DECLARATION OF ROBERT A. SPANNER IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL *EX PARTE* APPLICATION FOR LEAVE TO TAKE FOLLOW-ON EXPEDITED DISCOVERY, AND MOTION FOR ORDER SHORTENING TIME** |

1. I am counsel for Plaintiffs herein.  This declaration is made on personal knowledge.

2. In response to Plaintiffs' subpoena, I received from Yahoo! on June 29, 2011 eleven single-spaced pages of log-ins into Carole Klyce' account, with each line consisting of an individual log-in.  The documents identified hundreds of log-ins into Plaintiff Carole Klyce' email account at Yahoo! by about eight IP addresses.

3. Each of the ISP's maintain an information page for persons seeking to serve subpoenas.  The Comcast legal compliance page indicated that if log-in information was being

_____
R. Spanner Decl. In Support of Mot. to Expedite Discovery
Case No. 11 CV 02248 WHA

sought, Comcast only retained 180 days of such data.  I therefore served preservation demands on Verizon, Comcast, and Time Warner Cable  by resort to the fax number for subpoenas provided by each of them.

4.  Plaintiffs' expert pointed out, and I observed from the records, that some of the unauthorized log-ins by one particular IP address had occurred during the first week of January, 2011.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of July, 2011.

/s/ Robert A. Spanner
_____
Robert A. Spanner

---

R. Spanner Decl. In Support of Mot. to Expedite Discovery
Case No. 11 CV 02248 WHA                       - 2 -