1  TRIAL & TECHNOLOGY LAW GROUP
   A PROFESSIONAL CORPORATION
2  ROBERT A. SPANNER SBN 60308
   3723 HAVEN AVENUE #132
3  MENLO PARK, CA 94025
   PHONE: (650) 324-2223
4  FAX: (650) 233-2790
   email - ras@techtriallaw.com
5
   Attorney for Plaintiffs
6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8
                         San Francisco Division
9

10
   HENRY KLYCE and CAROL KLYCE,        CASE NO. 11 CV 02248 WHA
11
             PlaintiffS,
12 v.                                   **PROPOSED ORDER RE EX PARTE
                                        APPLICATION FOR
13 DOES 1-10,                           ADMINISTRATIVE RELIEF TO
                                        CONTINUE CASE MANAGEMENT
14         Defendants.                  CONFERENCE AND EXTEND DATE
   _____/    TO EFFECT SERVICE OF PROCESS**
15

16
        This matter is before the Court on Plaintiff's Application for Administrative Relief to
17
   continue the Case Management Conference and related dates on the ground that Plaintiffs do not
18
   yet know the identity of the Doe Defendants, and will not know their identity until: 1) their
19
   motion for issuance of subpoenas to three Internet Service Providers for the identities of eight
20
   persons known to Plaintiffs only by their IP addresses has been granted; 2) any motions to quash
21
   the subpoenas filed by those eight persons has been resolved by this Court; and 3) Plaintiffs are
22
   able to serve them. Accordingly, there is good cause to extend the Case Management Conference
23
   date, the Joint Case Management Statement date, and the ADR Compliance dates by 90 days, and
24
   IT IS SO ORDERED.
25
        The Court further finds that good cause appears to extend the date by which service must
26
   be effected by ninety days, and IT IS SO ORDERED.
27

28
   _____
   Proposed Order re Motions to Extend Dates           1
   Case No. 11 CV 02248 WHA

1
2
3    Dated: _____, 2011
4
5
6
7                                         _____
                                          UNITED STATES DISTRICT COURT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Proposed Order re Motions to Extend Dates        2
Case No. 11 CV 02248 WHA