# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| HENRY A. KLYCE and CAROLE M. KLYCE, | CASE NO. 11 CV 02248 WHA |
| Plaintiffs, | |
| v. | |
| DOES 1-10, | **ORDER RE SUBMISSION OF SUBPOENAS TO INTERNET SERVICE PROVIDERS COMCAST, VERIZON, AND TIME WARNER CABLE** |
| Defendants. | |

Upon the application of Plaintiffs Henry and Carole Klyce ("Plaintiffs") for an Order authorizing the issuance of subpoenas duces tecum to Internet Service Providers ("ISP's") Comcast, Verizon, and Time Warner Cable ("Roadrunner") for documents enabling the identification of the persons who logged in to the Yahoo! email account of Carole Klyce without authorization, and good cause appearing,

IT IS HEREBY ORDERED as follows:

1. Plaintiffs are authorized to serve a subpoena, pursuant to F.R.Civ.P. 45, on Comcast,

_____
Second Order re Subpoenas to ISP's
Case No. 11 CV 02248 WHA

1

Verizon, and Time Warner Cable for documents disclosing or relating to the identity of each person or entity whose IP address (at the dates and times specified in the attachment to each respective subpoena) is enumerated in the subpoena. The production shall include, without limitation, documents disclosing the name, address, telephone number, billing address, and username of each such enumerated person.

2. The return date for said subpoena shall be ~~14~~ 20 days from the date of service.

3. No later than ten calendar days after service of the foregoing subpoenas, each of Comcast, Time Warner Cable, or Verizon may contest the subpoena served upon it by filing a motion to quash in this Court; however, by no later than the date of filing of such a motion to quash, all responsive documents shall be assembled and preserved pending resolution of the motion to quash, and each responsive document withheld shall be identified to Plaintiff with the same specificity as is required for a privilege log.

4. Within ten calendar days of service of the foregoing subpoenas duces tecum upon them, Comcast, Verizon, and Time Warner Cable, respectively, shall notify each person whose identity would be disclosed by compliance with the subpoena that his, her, or its identity is being sought by the subpoenas authorized herein. This notice shall be communicated by email, fax, or one-day express mail, and shall include a copy of this Order.

5. Each person so notified shall also be informed that he, she, or it may, by the ~~fourteenth~~ twentieth calendar day after the date of service of the subpoena, file a motion in this Court contesting the subpoena if the motion is accompanied by proof of service on Plaintiff's counsel. If any notified person does file such a motion, production of responsive documents shall be stayed until five days after written notice by the Plaintiffs of the Court's disposition of the motion, at which time

_____
Second Order re Subpoenas to ISP's
Case No. 11 CV 02248 WHA

production shall be concluded in accordance with the Court's Order.

6. An executed copy of this Order shall accompany the subpoenas.

Dated: _____July 12___, 2011

*Judge William Alsup*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
Second Order re Subpoenas to ISP's
Case No. 11 CV 02248 WHA