1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HENRY A. KLYCE and CAROLE M.
KLYCE,

        Plaintiffs,

  v.

DOES 1–10,

        Defendants.

_____/

No. C 11-02248 WHA

**ORDER GRANTING IN PART
AND DENYING IN PART
MOTION TO CONTINUE CASE
MANAGEMENT CONFERENCE
AND TO EXTEND DATE FOR
SERVICE OF PROCESS**

Plaintiff's motion to continue the case management conference in this matter and to extend the deadline for service of process is **GRANTED IN PART AND DENIED IN PART**. For good cause shown, the deadline for service of process is extended for the 90 days requested. On the other hand, the case management conference will not be continued; it will be productive for the parties, or their representatives, who are in the case at the time of the conference — even if only plaintiffs — to come in to discuss the case management schedule in this matter.

**IT IS SO ORDERED.**

Dated:  July 12, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE