IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. KLYCE and CAROLE M. KLYCE,<br><br>        Plaintiffs,<br><br>  v.<br><br>DOES 1–10,<br><br>        Defendants.<br>                                           / | No. C 11-02248 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND DATE FOR SERVICE OF PROCESS** |

Plaintiff's motion to continue the case management conference in this matter and to extend the deadline for service of process is **GRANTED IN PART AND DENIED IN PART**. For good cause shown, the deadline for service of process is extended for the 90 days requested. On the other hand, the case management conference will not be continued; it will be productive for the parties, or their representatives, who are in the case at the time of the conference — even if only plaintiffs — to come in to discuss the case management schedule in this matter.

**IT IS SO ORDERED.**

Dated: July 12, 2011.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE