TRIAL & TECHNOLOGY LAW GROUP
A PROFESSIONAL CORPORATION
ROBERT A. SPANNER SBN 60308
3723 HAVEN AVENUE #132
MENLO PARK, CA 94025
PHONE: (650) 324-2277
FAX: (650) 233-2790
email - ras@techtriallaw.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## San Francisco Division

| | |
|---|---|
| HENRY KLYCE and CAROL KLYCE, | CASE NO. 11 CV 02248 WHA |
| Plaintiffs, | |
| v. | **DECLARATION OF ROBERT A. SPANNER IN SUPPORT OF MOTION FOR EXTENSION OF TIME** |
| DOES 1-10, | |
| Defendants. | |

Robert A. Spanner states and declares as follows:

1. I am counsel for Plaintiffs herein. This declaration is made on personal knowledge.

2. I received Verizon's production of documents pursuant to Plaintiff's subpoena on or about August 2, 2011. Verizon's production identified one woman, who had possessed three of the eight IP addresses in question.

3. I received Time Warner's production on August 3, 2011. Time Warner's production identified one man, who had possessed three of the eight IP addresses in question.

4. I have not yet received Comcast's production.

5. On or about July 29, 2011 I received a phone call from the aforesaid woman's attorney, Andrew Kreeft of Monterey, whose retention was undoubtedly prompted by the notification letters the ISP's were required by this Court's order to send to those of its subscribers whose identity was being sought, so that they had an opportunity to be heard before disclosure. I

explained that the Complaint was posted on the PACER system for the Northern District of California and therefore was available to him to peruse, and that the case generally concerned invasion of email accounts. We talked about the due date for the Joint CMC Statement and the setting of the Case Management Conference, and I suddenly realized that the Case Management Conference had been set during my vacation week. I asked Mr. Kreeft if he would mind holding the Case Management Conference the following week, on August 25th, and he stated that he could attend on that date but that he would have to reschedule a deposition to do so, and he expressed a preference for the following Thursday, Sept. 1, instead. I volunteered to prepare the first draft of the Joint CMC Statement, which is due August 11th.

6. The nature of my calendar conflict is that my family attends Stanford's summer camp the third week of every August, with payment (many thousands of dollars) due the preceding March. It took eight years to get into the draw, and a single year's non-attendance results in losing one's place indefinitely.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 8th day of August, 2011 at Portola Valley, California.

/s/ Robert A. Spanner
_____
Robert A. Spanner

R. Spanner Decl. In Suppt. Of Mtn. To Extend Time    2
Case No. 11 CV 02248