1  CHRIS K. RIDDER (SBN 218691)
   Email: chris@rcjlawgroup.com
2  BENJAMIN A. COSTA (SBN 245953)
   Email: ben@rcjlawgroup.com
3  **RIDDER, COSTA & JOHNSTONE LLP**
   12 Geary Street, Suite 701
4  San Francisco, CA 94108
   Tel: (415) 751-5737
5  Fax: (415) 358-4975

6  Attorneys for Defendant
   ELLEN KLYCE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY A. KLYCE and CAROLE M. KLYCE, | Case No. 11-cv-02248-WHA |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | **CHRIS K. RIDDER** |
| JOHN WHEELER, *et. al.*, | |
| Defendants. | |

TO: ALL parties and their attorneys of record.

PLEASE TAKE NOTICE that Chris K. Ridder of Ridder, Costa & Johnstone LLP hereby enters his appearance on behalf of Defendant Ellen Klyce in the above-captioned matter.

Dated: October 4, 2011

        **RIDDER, COSTA & JOHNSTONE LLP**
        By: /s/ Chris K. Ridder
        Chris K. Ridder
        State Bar No. 218691
        12 Geary Street
        Suite 701
        San Francisco, CA 94108

        Attorneys for Defendant Ellen Klyce

# DECLARATION OF SERVICE

I, Benjamin A. Costa, hereby declare:

I am over eighteen years of age and not a party to the within cause. My business address is 12 Geary Street, Suite 701, San Francisco, CA 94108. Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Defendant Ellen Klyce and that on this 4th day of October, 2011, I caused this NOTICE OF APPEARANCE OF CHRIS K. RIDDER to be served by the Court's CM/ECF system and by placing the same in an envelope addressed respectively as follows:

*for Defendants Estate of John Wheeler and Katherine Klyce*

Andrew Kreeft
Bohnen, Rosenthal & Kreeft
787 Munras Avenue
Suite 200
Monterey, CA 93940
akreeft@brklegal.com

Each said envelope was then, on said date, sealed and deposited in the United States mail at San Francisco California, San Francisco County, the county in which I am employed, with the postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 4, 2011, at San Francisco, California.

**RIDDER, COSTA & JOHNSTONE LLP**
By:      /s/ Benjamin A. Costa
Benjamin A. Costa
State Bar No. 245953
12 Geary Street
Suite 701
San Francisco, CA 94108

Attorneys for Defendant Ellen Klyce