UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. KLYCE and CAROL M. KLYCE,<br><br>    Plaintiff(s),<br><br>v.<br><br>JOHN WHEELER, KATHERINE KLYCE, as Trustee and Administratrix of The Estate of John Wheeler, and ELLEN KLYCE,<br><br>    Defendant(s). | No. C11-2248 WHA (BZ)<br><br>**<u>AMENDED</u> ORDER DENYING MOTIONS FOR ORDER SHORTENING TIME AND CONTINUE SETTLEMENT CONFERENCE** |

    Before the Court are a variety of motions filed by plaintiffs in an effort to continue the settlement conference presently scheduled for **Thursday, November 17, 2011 at 9:00 a.m.** Having read the papers submitted, the Court finds no need for argument and **DENIES** the motions (Docket Nos. 32 and 33). Plaintiffs have made no showing that they cannot complete their forensic examination before November 17, 2011.  It appears that

1

| | |
|---|---|
| 1 | plaintiffs have retained a forensic consultant, and defendants |
| 2 | are willing to allow inspection.  The Court sees no reason why |
| 3 | the inspection cannot be completed by **November 17, 2001.**  As for |
| 4 | the other information counsel is seeking, the parties are |
| 5 | reminded of their responsibilities pursuant to the Order |
| 6 | Scheduling Settlement Conference to cooperate in providing |
| 7 | discovery informally and expeditiously.  **If the parties cannot** |
| 8 | **agree on an inspection protocol by Monday, October 24, 2011,** |
| 9 | **plaintiff shall immediately advise the Court.** |
| 10 | Dated: October 18, 2011 |
| 11 | _____ |
| 12 | Bernard Zimmerman<br>United States Magistrate Judge |