UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. KLYCE and CAROL M. KLYCE,<br><br>Plaintiff(s),<br><br>v.<br><br>JOHN WHEELER, KATHERINE KLYCE, as Trustee and Administratrix of The Estate of John Wheeler, and ELLEN KLYCE,<br><br>Defendant(s). | No. C11-2248 WHA (BZ)<br><br>**AMENDED ORDER DENYING MOTIONS FOR ORDER SHORTENING TIME AND CONTINUE SETTLEMENT CONFERENCE** |

Before the Court are a variety of motions filed by plaintiffs in an effort to continue the settlement conference presently scheduled for **Thursday, November 17, 2011 at 9:00 a.m.** Having read the papers submitted, the Court finds no need for argument and **DENIES** the motions (Docket Nos. 32 and 33). Plaintiffs have made no showing that they cannot complete their forensic examination before November 17, 2011. It appears that

1

plaintiffs have retained a forensic consultant, and defendants are willing to allow inspection. The Court sees no reason why the inspection cannot be completed by **November 17, 2001**. As for the other information counsel is seeking, the parties are reminded of their responsibilities pursuant to the Order Scheduling Settlement Conference to cooperate in providing discovery informally and expeditiously. **<u>If the parties cannot agree on an inspection protocol by Monday, October 24, 2011, plaintiff shall immediately advise the Court.</u>**

Dated: October 18, 2011

                                              Bernard Zimmerman
                                United States Magistrate Judge