TRIAL & TECHNOLOGY LAW GROUP
A PROFESSIONAL CORPORATION
ROBERT A. SPANNER SBN 60308
3723 HAVEN AVENUE, SUITE 132
MENLO PARK, CA 94025
PHONE: (650) 324-2277
FAX: (650) 324-0178
email - ras@techtriallaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY A. KLYCE and CAROLE M. KLYCE,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN WHEELER, et al.,<br><br>Defendants. | Case No.: 11-cv-02248 WHA (BZ)<br><br>**JOINT STIPULATION AND ORDER REGARDING BRIEFING AND ARGUMENT FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

WHEREAS on November 1, 2011 Defendants filed a Motion to Dismiss the instant action (Docket No. 47) which is presently scheduled for hearing on December 15, 2011;

WHEREAS there has been only one extension of time in this case, for about one week - of the Case Management Conference;

WHEREAS pursuant to the Local Rules of this Court, Plaintiffs' opposition to Defendants' Motion to Dismiss is presently due on November 14, 2011 and Defendants' reply is due on November 21, 2011;

WHEREAS Plaintiffs' counsel must prepare and file a motion to quash a subpoena in a Digital Millennium Copyright Act case pending in this District in another matter on the same date Plaintiffs' opposition is due in this case;

---

WHEREAS a settlement conference is scheduled in this case on November 17, 2011 before Magistrate Judge Bernard Zimmerman, and each party must file two settlement conference memoranda on November 10, 2011, and Plaintiff's counsel has been unable to prepare these memoranda ahead of time because they have been awaiting a forensic inspection of the Defendants' computers;

WHEREAS Plaintiff's counsel is preparing a memorandum rebutting the proposition that one of the Defendants is entitled to assert the privilege against self-incrimination on account of the act-of-production doctrine for filing by November 7, 2011; and

WHEREAS the parties also must prepare their respective clients for the upcoming settlement conference;

WHEREAS, having agreed to extend the briefing schedule on the Motion, the parties also wish to continue the hearing on the Motion to give the Court adequate time to consider the Motion and to avoid a hearing during the final week of December.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:

The schedule to brief and argue Defendants' Joint Motion To Dismiss Plaintiffs' First Amended Complaint Pursuant To Fed. R. Civ. P. 12(b)(6) (Docket No. 47 (the "Motion")) shall be amended, as follows:

1. Plaintiffs' opposition to Defendants' Motion shall be due on November 21, 2011;

2. Defendants' reply to Plaintiffs' opposition shall be due on December 5, 2011; and

3. The date for hearing on Defendants' Motion shall be continued from December

15, 2011 to January 5, 2012, or such later date as the Court shall prescribe.

Dated November 7, 2011.

By: /s/ Robert A. Spanner
ROBERT A. SPANNER (SBN 60308)
Email: ras@techtriallaw.com
3723 Haven Avenue, Suite 132
Menlo Park, CA 94025
Tel: (650) 324-2277
Fax: (650) 324-0178
Attorneys for Plaintiffs
HENRY A. KLYCE and CAROLE M. KLYCE

By: /s/ Benjamin A. Costa
CHRIS K. RIDDER (SBN 218691)
Email: chris@rcjlawgroup.com
BENJAMIN A. COSTA (SBN 245953)
Email: ben@rcjlawgroup.com
RIDDER, COSTA & JOHNSTONE LLP
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 391-3311
Fax: (415) 358-4975
Attorneys for Defendant ELLEN KLYCE

By: /s/ Andrew B. Kreeft
ANDREW B. KREEFT (SBN 126673)
Email: aKreeft@brklegal.com
BOHNEN, ROSENTHAL & KREEFT
787 Munras Avenue, Suite 200
P.O. Box 1111
Monterey, CA 93942
Tel: (831) 649-5551
Fax: (831) 649-0272
Attorneys for Defendants KATHERINE
KLYCE and ESTATE OF JOHN WHEELER

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 7, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

Jt. Stip. & Order to Continue Hrg. on Mtn. to
Dismiss - Case No. 11-cv-02248 WHA (BZ)    3