CHRIS K. RIDDER (SBN 218691)
Email: chris@rcjlawgroup.com
BENJAMIN A. COSTA (SBN 245953)
Email: ben@rcjlawgroup.com
RIDDER, COSTA & JOHNSTONE LLP
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 391-3311
Fax: (415) 358-4975

Attorneys for Defendant
ELLEN KLYCE,

ANDREW B. KREEFT (SBN 126673)
Email: akreeft@brklegal.com
BOHNEN, ROSENTHAL & KREEFT
Munras Avenue, Suite 200
P.O. Box 1111 Monterey, CA 93942
Tel: (831) 649-5551
Fax: (831) 649-0272

Attorneys for Defendants KATHERINE
KLYCE and ESTATE OF JOHN WHEELER

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY A. KLYCE and CAROLE M. KLYCE, | Case No. 11-cv-02248-WHA (BZ) |
| Plaintiffs, | [~~PROPOSED~~] STIPULATED INJUNCTION |
| v. | |
| JOHN WHEELER, et al., | |
| Defendants. | |

The parties to the above-referenced action, having entered into a Confidential Settlement And Release on November 17, 2011, and with no admission of liability by either party, hereby stipulate to the terms of injunctive relief set forth herein.

WHEREFORE, with the consent of the parties, and through their respective counsel, IT IS HEREBY ORDERED as follows:

1) the parties shall refrain from accessing, deleting content from, forwarding or redirecting email from, changing account recovery information for, denying access to, or otherwise interfering in any way with any email account or any other online account – including, but not limited to, social networking accounts – in the name of any other party;

2) Defendants Ellen Klyce and Katherine Klyce (on the one hand) and Plaintiffs Henry Klyce and Carole Klyce (on the other hand) agree to refrain from contacting each other via email or from directing any third party to do the same – except with regard to communications to or from Henry Klyce which directly relate to any specific business investment;

3) the parties shall not comment to any third parties about their siblings in connection with any comments made about the murder of Emily Klyce Fisher;

4) Except for in response to valid requests from law enforcement, Carole Klyce shall not comment publicly regarding the murder of Emily Klyce Fisher;

5) Plaintiffs Henry Klyce and Carole Klyce agree not to comment regarding the death of John Wheeler and, if Plaintiffs Henry Klyce and Carole Klyce are contacted by any non-party about the death of John Wheeler, they shall respond "I have been advised by counsel not to comment on the death of John Wheeler" and to say no more; and

6) The parties shall conduct no investigations into the personal lives of any other party absent a pending legal proceeding.

8. This Court shall retain jurisdiction to resolve any dispute or controversy between the parties arising under or in connection with this Stipulated Injunction, or to enforce this Stipulated Injunction. A magistrate judge may be assigned to resolve any such controversy or dispute.

Dated: 11/17/11

_____
Ellen Klyce

Dated: 11/17/11

_____
Katherine Klyce

Dated: 11/17/11

_____
Katherine Klyce, Administratrix of the estate of John Wheeler

Dated: 11/17/11

_____
Henry Klyce

Dated: 11/17/11

_____
Carole Klyce

**Approved as to form:**

Dated: 11-17-2011

_____
CHRIS K. RIDDER (SBN 218691)
RIDDER, COSTA & JOHNSTONE LLP
12 Geary Street, Suite 701
San Francisco, CA 94108

Dated: 11/17/11

_____
ANDREW B. KREEFT (SBN 126673)
BOHNEN, ROSENTHAL & KREEFT
Munras Avenue, Suite 200
P.O. Box 1111 Monterey, CA 93942

Dated: 11/17/11

_____
ROBERT A. SPANNER (SBN 60308)
TRIAL & TECHNOLOGY LAW GROUP
3723 Haven Avenue, Suite 132
Menlo Park, CA 94025

**IT IS SO ORDERED.**

Dated: 11-18-11

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] STIPULATED INJUNCTION                         Case No. 11-cv-02248-WHA (BZ)