United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HENRY A. KLYCE and CAROLE M. KLYCE,

       Plaintiffs,

  v.

JOHN WHEELER, KATHERINE KLYCE,
KATHERINE KLYCE as Trustee and
Administratrix of the Estate of John Wheeler, and
ELLEN KLYCE,

       Defendants.

_____/

No. C 11-02248 WHA

**ORDER TO CLERK
TO CLOSE CASE FILE**

     The parties have entered into a stipulated injunction and thereby settled this action (Dkt.

No. 59).  The **CLERK SHALL CLOSE CASE THE FILE**.

     **IT IS SO ORDERED.**

Dated:  November 21, 2011.

                           WILLIAM ALSUP
                           UNITED STATES DISTRICT JUDGE